UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BILLIE L. REDDING,<br><br>           Plaintiff,<br><br>  vs.<br><br>PROSIGHT SPECIALTY MANAGMENT COMPANY, INC., aka MUTUAL MARINE OFFICE, INC., PROSIGHT SPECIALTY INSURANCE GROUP, INC., aka NYMAGIC, INC., and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>           Defendants. | Case No. CV-12-098-H-CCL<br><br>SECOND AMENDED<br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment is granted. Plaintiff's First Amended Complaint is dismissed with prejudice, and all relief is denied to Plaintiff.

      IT IS FURTHER ORDERED AND ADJUDGED, Defendants' Motion for Fees and Costs is granted to the extent Plaintiff's counsel, Ms. Deola and Mr. Miller, shall pay to NYM the amount of $107,867.54.

IT IS FURTHER ORDER AND ADJUDGED, Defendants' Motion for Fees and Costs (Doc. 309) is granted to the extent that Linda Deola, Brian J. Miller, and the law firm of Morrison, Sherwood, Wilson, & Deola, PLLP, are jointly indebted to and shall pay to NYM the sum of $515,119.90.

Dated this 17th day of November, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Darlene DeMato
Deputy Clerk