IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BILLIE L. REDDING,<br><br>Plaintiff,<br><br>v.<br><br>PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC. aka MUTUAL MARINE OFFICE, INC., PROSIGHT SPECIALTY INSURANCE GROUP, INC. aka NYMAGIC, INC., and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 6:12-CV-00098-CCL<br><br>**ORDER GRANTING MOTION FOR MISCELLANEOUS RELIEF** |

Upon motion for miscellaneous relief filed by Petitioner Gary Zadick, co-counsel for New York Marine/Prosight, in the *Redding v. Prosight, et al.,* USDC-MT, Case No. CR-12-98-H-CCL, for the unsealing of three sealed documents and production of the documents to the Office of Disciplinary Counsel ("ODC") pursuant to a Subpoena *Duces Tecum* issued by the Montana Supreme Court Commission on Practice ("Commission"), and it appearing that the documents are necessary for use in the formal disciplinary matter, *In re: Brian Miller,* Supreme Court Case No. PR 18-0139, ODC File No. 16-075. The sealed documents are described herein:

Doc. 133 Brief in Support of Motion to Exclude Opinion Testimony of Don Harris (with exhibits);

Doc. 141 Plaintiff's Response to Defendant's Motion to Exclude Opinion of Don Harris;

Doc. 210 Defendant's Brief in Support of Motion to Exclude Opinion Testimony of Don Harris.

The Court finds good cause and that judgment was entered long ago in the *Redding* matter; that the judgment has been satisfied; that NYM consents to the unsealing of documents; and the interest of justice exceeds the merits of continued sealing of the foregoing documents. Therefore:

IT IS HEREBY ORDERED that Petitioner's Motion for Miscellaneous Relief is GRANTED:

1. Documents 133, 141 and 210 shall be unsealed for the limited purpose of producing the documents to ODC pursuant to the Commission's Subpoena *Duces Tecum* for use in the formal disciplinary proceeding, *In re: Brian Miller,* Montana Supreme Court Case No. PR 18-0139, ODC File No. 16-075;

2. Upon completion of the *Miller* matter, the documents shall be returned to the Clerk of the United States District Court within 60 days of final judgment entered by the Montana Supreme Court in the *Miller* matter, or conclusion by the Montana Commission on Practice.

DATED this 14th day of March, 2019.

By _____
HON. CHARLES C. LOVELL
UNITED STATES DISTRICT JUDGE