FILED

3/22/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| BILLIE R. REDDING,<br><br>　　　　Plaintiff,<br>v.<br><br>PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC. aka MUTUAL MARINE OFFICE, INC., PROSIGHT SPECIALTY INSURANCE GROUP, INC. aka NYMAGIC, INC., and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　Defendants. | CV-12-98-H-CCL<br><br>**ORDER ON MOTION FOR RELEASE OF DOCUMENTS** |

Upon unopposed motion of Brian Miller, and good cause appearing,

IT IS HEREBY ORDERED THAT Mr. Miller may produce the following documents to the Office of Disciplinary Counsel in the case of *In Re Brian Miller*, Supreme Court Case PR 18-0139, ODC File No. 16-075:

1. *Plaintiffs' Brief in Support of Motion to Disqualify and Depose Defendant's Counsel Mark C. Goodman*, with Exhibits A-F, Doc. 187, 187-1 through 187-7.

2. *Defendant's Motion to Compel Additional Discovery and for Contempt*, Doc. 213;

3. *Defendant's Brief in Support of Motion to Compel Additional Discovery and for Contempt, with exhibits*, Doc. 214, 218, 218-1 through 218-13.

IT IS FURTHER ORDERED THAT upon completion of *In Re Brian Miller*, Supreme Court Case PR 18-0139, ODC File No. 16-075, the documents shall be returned to Mr. Miller.

DATED this 22nd day of March, 2019.

CHARLES C. LOVELL
Senior United States District Judge